# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

EDNA S. REAMS,

    Plaintiff,

v.

TOMMY IRVIN, Individually and
in his Official Capacity as
Commissioner of the Georgia
Department of Agriculture;
MELINDA DENNIS; and LAURA
FOKES,

    Defendants.

:    CIVIL ACTION NO.
:    1:06-CV-1511-RWS

## **ORDER**

This case is before the Court on Plaintiff's Motion for Reconsideration (Dkt. No. [94]) and Plaintiff's Motion to Extend Time for Objection to Costs (Dkt. No. [96]). After considering the entire record, the Court enters the following Order.

In an Order entered on March 31, 2008 (Dkt. No. [85]), the Court granted summary judgement in favor of Defendants, entitling them to costs under 28. U.S.C. § 1920. Pursuant to Federal Rule of Civil Procedure 54(d)(1), Defendants filed their Bill of Costs with the Court on April 23, 2008. (See Dkt.

No. [90].) Defendants also submitted a brief describing the necessities of these costs in association with defending Plaintiff's unsuccessful lawsuit. Id. On April 24, 2008, the clerk taxed costs against Plaintiff in the amount of $10,401.39. (See Dkt. No. [91].) On May 9, 2008, Plaintiff filed a Motion to Reconsider Taxation of Costs (Dkt. No. [94]).

Pursuant to Federal Rule of Civil Procedure 54(d)(1), an objection to costs taxed by the clerk may only be made "on motion served within 5 days thereafter." Corwin v. Walt Disney World Company, 475 F.3d 1239, 1254 (11th Cir. 2007) (citing Sayers v. Stewart Sleep Center, Inc., 140 F.3d 1351, 1354 (11th Cir. 1998)). The Court therefore concludes that Plaintiff's objection to costs was untimely, as it fell outside the 5-day period.

Plaintiff asks the Court to exercise its discretion and to find that there was excusable neglect on her part. Plaintiff alleges that "through inadvertence, [she] styled and filed her motion as a motion to reconsider pursuant to Local Rule 7.2(E), rather than as a motion objecting to the taxation of costs under Fed. R. Civ. P. 54(d)(1)." (Dkt. No. [96] at 3.) However, the Eleventh Circuit has clearly provided that "counsel's misunderstanding of the law cannot constitute excusable neglect." Corwin, 475 F.3d at 1255 (citation omitted).

2

For these reasons, the Plaintiff's Motion for Reconsideration [94] and Plaintiff's Motion to Extend Time for Objection to Costs [96] are both hereby **DENIED**.

**SO ORDERED**, this   22nd   day of July, 2008.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

3